# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0958

VERSUS

JAMAINE THOMAS GRINDLE                         **NOVEMBER 20, 2023**

---

In Re:    Jamaine Thomas Grindle, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 3427-F-2022.

---

**BEFORE:    GUIRDY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk's Office reflect that the district court acted on relator's "Motion for Discovery" on September 6, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT